SCOTT N. SCHOOLS (SC 9990)
United States Attorney

FILED

2007 JUN 22 P 2: 28

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> v. ) <br> TANGIVALE TUIAKI, ) <br> Defendant. ) | CR No. 07 00398 <br><br> VIOLATION: Title 18, United States Code, Section 13, assimilating Cal. Vehicle Code Section 14601.2 - Driving When Privilege Suspended for Driving Under the Influence (Class B misdemeanor) <br><br> SAN JOSE VENUE |

## INFORMATION

The United States Attorney charges:

On or about February 9, 2007, at the NASA Aimes Research Center in the County of Santa Clara, and in the Northern District of California, an area within the special maritime and territorial jurisdiction of the United States, the defendant

### TANGIVALE TUIAKI

did drive a motor vehicle at a time when her driving privilege was suspended for driving under the influence and she was aware of such suspension, in violation of Title 18, United States Code,

///

///

INFORMATION

1  Section 13, assimilating California Vehicle Code Section 14601.2, a Class B misdemeanor.

DATED: June 22, 2007

SCOTT N. SCHOOLS
United States Attorney

DAVID R. CALLAWAY
Assistant United States Attorney

(Approved as to form: *[signature]*
LINDSAY CRAWFORD
Law Clerk

INFORMATION

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☒ INFORMATION   ☐ INDICTMENT   ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

COUNT ONE: 18 U.S.C. § 13, assimilating Cal. Vehicle Code Section 14601.2 - Driving When Privilege Suspended for Driving Under the Influence (Class B misdemeanor)

☐ Petty
☐ Minor
☒ Misdemeanor
☐ Felony

PENALTY:
6 months term of imprisonment
$5,000 fine
1 year period of supervised release
$25 mandatory special assessment

**DEFENDANT - U.S.**
▶ TANGIVALE TUIAKI

FILED
07 JUN 22 PM 2:29
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT

**DISTRICT COURT NUMBER**
CR 07 00398 HRL

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)
S/A Dirk Meier - NASA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y   ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

} SHOW DOCKET NO.

} MAGISTRATE CASE NO.

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State
If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed Month/Day/Year

**DATE OF ARREST** ▶ _____
Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

Name and Office of Person Furnishing Information on THIS FORM
**SCOTT N. SCHOOLS**
☒ U.S. Att'y   ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)
SUSAN KNIGHT

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☒ SUMMONS   ☐ NO PROCESS*   ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:
954 Henderson Avenue, # 12
Sunnyvale, CA 94085

Date/Time: July 12, 2007
Before Judge: 9:30 AM Before RS

Comments: