1  BARRY J. PORTMAN
   Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant TUIAKI

6

7

8                       IN THE UNITED STATES DISTRICT COURT

9                     FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                                SAN JOSE DIVISION

11

12  UNITED STATES OF AMERICA,            )    No. CR 07-00398 HRL
                                         )
13          Plaintiff,                   )    **STIPULATION TO CONTINUE**
                                         )    **HEARING; [PROPOSED] ORDER**
14  v.                                   )
                                         )
15  TANGIVALE TUIAKA,                    )
                                         )
16          Defendant.                   )
    _____)

17      Defendant and the government, through their respective counsel, hereby stipulate that,

18  subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for

19  Wednesday, October 3, 2007, be continued to Thursday, November 1, 2007, at 9:30 a.m., on the

20  duty magistrate's calendar.   The continuance is requested because the government is conducting

21  investigation to respond to a discovery request made by the defense.

22  Dated: 10/2/07                              _____/s/_____
                                                LARA S. VINNARD
23                                              Assistant Federal Public Defender

24  Dated: 10/2/07                              _____/s/_____
                                                SUSAN KNIGHT
25                                              Assistant United States Attorney

26

STIPULATION TO CONTINUE
HEARING DATE; [PROPOSED] ORDER
No. CR 07-00398 HRL                    1

1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                              SAN JOSE DIVISION
11
12  UNITED STATES OF AMERICA,            )    No. CR 07-00398 HRL
                                         )
13           Plaintiff,                  )    **[PROPOSED] ORDER CONTINUING**
                                         )    **HEARING**
14  v.                                   )
                                         )
15  TANGIVALE TUIAKA,                    )
                                         )
16           Defendant.                  )
    _____)

17       The parties have jointly requested a continuance of the hearing set for October 3, 2007, to

18  allow time for the government to conduct investigation in response to a discovery request by the

19  defense.

20       GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date

21  presently set for October 3, 2007, be continued to November 1, 2007, at 9:30 a.m., on the duty

22  magistrate's calendar.

23
    Dated:                                    _____
24                                             RICHARD SEEBORG
                                               United States Magistrate Judge
25
26

STIPULATION TO CONTINUE
HEARING DATE; [PROPOSED] ORDER
No. CR 07-00398 HRL                      2