**FILED**

OCT - 2 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-00398 HRL |
| ) | |
| Plaintiff, ) | [~~PROPOSED~~] **ORDER CONTINUING** |
| ) | **HEARING** |
| v. ) | |
| ) | |
| TANGIVALE TUIAKA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The parties have jointly requested a continuance of the hearing set for October 3, 2007, to allow time for the government to conduct investigation in response to a discovery request by the defense.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for October 3, 2007, be continued to November 1, 2007, at 9:30 a.m., on the duty magistrate's calendar.

Dated: 10/2/07

~~RICHARD SEEBORG~~
United States Magistrate Judge

STIPULATION TO CONTINUE
HEARING DATE; [PROPOSED] ORDER
No. CR 07-00398 HRL                           2