JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

NATASHA BODE
Law Clerk

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5036
FAX: (408) 535-5066
nbode@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TANGIVALE TUIKAKI, ) <br> ) <br> Defendant. ) <br> ) | No. CR 07-00398 HRL <br><br> UNITED STATES' SENTENCING MEMORANDUM <br><br> Date: February 26, 2008 <br> Time: 2:00 p.m. |

The United States hereby submits its sentencing memorandum in the above-referenced case. On November 15, 2007, defendant Tangivale Tuikaki (hereinafter "the defendant") entered a guilty plea pursuant to a plea agreement to driving when privilege suspended for driving under the influence, in violation of Title 18, United States Code, Section 13, assimilating California Vehicle Code Section 14601.2.  The government has reviewed the Presentence Report ("PSR") and has no objections to contents of the report.  The government notes that Probation Officer Aylin Raya concurs with the sentencing recommendation set forth in the plea agreement,

specifically: a three year term of probation, 40 hours of community service, and a special assessment. The only distinction between Probation Officer Raya's recommendation and the plea agreement is the payment of a $500.00 fine. The government did not recommend a fine and requests that the Court impose additional community service hours in lieu of a fine. The government also concurs with the special conditions of a probationary term, including that the defendant submit to an alcohol abuse assessment, participate in a mental health treatment program, if warranted, and maintain and provide proof a valid driver's license and car insurance. The government believes that such a sentence is reasonable and achieves the goals of sentencing, including deterring the defendant from further criminal conduct.

DATED: 2/14/08                                Respectfully submitted,

                                              JOSEPH P. RUSSONIELLO
                                              United States Attorney


                                              _____/s/_____
                                              NATASHA BODE
                                              Law Clerk

                                              _____/s/_____
                                              SUSAN KNIGHT
                                              Assistant United States Attorney