BARRY J. PORTMAN
Federal Public Defender
LARA S. VINNARD
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant TUIAKI

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | No. CR 07-00398 HRL |
| ) | |
| Plaintiff, ) | **DEFENDANT'S SENTENCING** |
| ) | **MEMORANDUM** |
| v. ) | |
| ) | |
| TANGIVALE TUIAKI, ) | Date: February 26, 2008 |
| ) | Time: 2:00 p.m. |
| Defendant. ) | Honorable Howard R. Lloyd |
| _____ ) | |

    Defendant Tangivale "Karma" Tuiaki has entered a guilty plea to one count of driving on a suspended license on federal property, a Class B misdemeanor. The plea was entered pursuant to a non-binding plea agreement, which recommends that the Court impose three years of probation and 100 hours of community service. The defense respectfully requests that the Court impose the terms set forth in the parties' plea agreement, given that Ms. Tuiaki has very limited income as well as student loan debt.[1]

    Ms. Tuiaki is from a large Tongan family, and has had a somewhat difficult life. Her family had little money when she was growing up, but they were close-knit. As a young adult,

---

[1] The Probation Office generally agrees with the parties' recommendation, but proposes that Ms. Tuiaki perform 40 hours of community service and pay a $500 fine.

DEF. SENTENCING MEMORANDUM
No. CR 07-00398 HRL                   1

1  she lost an infant child to Sudden Infant Death Syndrome.  Presently, she is raising one child and
2  residing with her parents, while her estranged husband is serving overseas in the military.
3       Ms. Tuiaki has had difficulties with alcohol, including a conviction for driving under the
4  influence of alcohol.  As a result of that conviction, she was ordered to participate in California's
5  First Offender Program, and she is attempting to live more responsibly.
6       Given all of the circumstances, the resolution proposed by the parties is adequate to
7  address the purposes of punishment.  For the foregoing reasons, Ms. Tuiaki respectfully request
8  that the Court impose three years of probation and 100 hours of community service.
9  Dated: 2/19/08
10
11      Respectfully submitted,
12      BARRY J. PORTMAN
     Federal Public Defender
13
     /s/
14
     LARA S. VINNARD
15      Assistant Federal Public Defender
16
17
18
19
20
21
22
23
24
25
26