# UNITED STATES DISTRICT COURT
for
## NORTHERN DISTRICT OF CALIFORNIA
San Jose Venue

RECEIVED MAR 13 2008

## Petition for Summons for Offender Under Supervision

Name of Offender: Tangivale Tuiaki

Docket No.: CR 07-00398-01 HRL

Name of Sentencing Judge: Howard R. Lloyd
United States Magistrate Judge

**FILED**

MAR 14 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Date of Original Sentence: February 26, 2008

Original Offense:
Count One: Driving When Privilege Suspended for Driving Under the Influence of Alcohol, a Class B misdemeanor

Original Sentence: Three years probation
Special Conditions: Special assessment $10.00; community service 100 hours; drug/alcohol treatment; mental health treatment; maintain valid driver's license and financial responsibility.

Type of Supervision: Probation
Assistant U.S. Attorney: Susan Knight

Date Supervision Commenced: February 26, 2008
Defense Counsel: Lara Vinnard (AFPD)

### Petitioning the Court

The issuance of a summons for the offender to appear in court before Magistrate Judge Lloyd for identification of counsel and setting of further proceedings on April 3, 2008 at 9:30 am.

I, Janie Zhuang, a Probation Officer employed in the United States District Court for the Northern District of California, solemnly affirm and declare, under penalty of perjury, that to the best of my information and belief, the facts set forth in this affidavit are true and correct. The factual affirmations made below are based on my personal knowledge, on official records or documents generated and maintained by my agency in the course of performing its functions, on official records or documents generated and maintained by other government agents or agencies in the course of performing their functions, or on information provided to me orally or electronically by employees or agents of other public agencies (information developed or acquired in the course of performing official agency functions).

NDC-SUPV-FORM 12C(1) 03/23/05

Tangivale Tuiaki
CR 07-00398-01 HRL

| Charge Number | Violation |
|---|---|
| One | There is probable cause to believe that the offender violated the mandatory condition of supervision which states you shall not commit another federal, state or local crime. |

On March 5, 2008, a Sunnyvale, CA Police Officer observed the offender parked along the north curb on Olive and West Firloch in Sunnyvale. The offender was observed unconscious due to alcohol intoxication. She was seated on the driver seat with her leg sticking out the driver's door. The door was wide open and the engine was running. The officer observed two vehicles swerve around the opened car door to avoid striking it. Upon contact, the offender did not respond to the officer's verbal attempts to wake her up. When awakened, she gave the officer her sister's name, Diane Tuiaki. The officer compared the photos and determined that the picture of the driver's license did not match her. The officer looked in her wallet and found her true identification. She was asked to participate in field sobriety tests and initially refused. She subsequently failed the Leg Raise Test and refused the PAS Device Test and the Line Walk Test. Her next court appearance is scheduled in Santa Clara County Superior Court on April 17, 2008.

Evidence of this violation can be found in Sunnyvale Police Report number 08-2458.

| Two | There is probable cause to believe that the offender violated standard condition number eleven which requires her to notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer. |

As stated in charge number one, the offender was cited for Driving Under the Influence on March 5, 2008. She failed to inform the probation officer of this citation until she was asked by the undersigned probation officer on March 12, 2008.

Evidence of this violation can be found in the probation officer's chronological entry dated March 12, 2008 and through my testimony.

Tangivale Tuiaki
CR 07-00398-01 HRL

| | |
|---|---|
| Three | There is probable cause to believe that the offender violated standard condition number three which requires her to answer truthfully all inquires by the probation officer and follow the instructions of the probation officer. |

The offender's driving privileges were suspended as a result of the underlying offense.

On March 12, 2008, during a scheduled home visit, I observed the offender driving a white Pontiac, license plate number 2NCY274. She parked three cars behind my vehicle. She was late for our scheduled meeting and called me on my cell phone while she was sitting in the above described vehicle with her mother in the passenger seat. The offender called to advise me that she had arrived at her home and she wanted to know where I was. I saw her driving the vehicle and parking it. I saw her dialing my cell phone and exit the vehicle moments later. After we sat down and completed the review of the terms and conditions of her supervision, it was then that she told me about the citation for Driving Under the Influence on March 5, 2008. However, she refused to admit to driving the above described vehicle on March 12, 2008 after being asked if she was driving the vehicle. She agreed with me on the description of the vehicle, but insisted that her mother was the driver and that I got the two of them confused.

Evidence of this violation can be found in the probation officer's chronological entry dated March 12, 2008 and through my testimony.

Address of offender:   502 S. Fair Oaks Avenue
Sunnyvale, CA 94086

NDC-SUPV-FORM 12C(1) 03/23/05

Tangivale Tuiaki
CR 07-00398-01 HRL

Based on the foregoing, there is probable cause to believe that Tangivale Tuiaki violated the conditions of her supervision.

Respectfully submitted,

_____
Janie Zhuang
U.S. Probation Officer
Date Signed: March 13, 2008

Approved as to form:

_____
James Schloetter
Supervisory U.S. Probation Officer

---

Having considered the information set forth above, the court finds there is probable cause to believe there has been a violation of the conditions of supervision and orders:

☒ The issuance of a summons for the offender to appear in court before Magistrate Judge Lloyd for identification of counsel and setting of revocation proceedings on April 3, 2008 at 9:30 am.
☐ Other:

_____
Date  3/14/08

_____
Howard R. Lloyd
United States Magistrate Judge