03/07/2008 01:06 PM EDT

Version 7.0.1

# Case Debt Type Payment Report
## U.S. Courts

San Jose

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| | Case No. DCANS07CR000398 | | US V TUIAKI | | | | | | | |
| 001 | TANGIVALE TUIAKI | 504100 | SPECIAL PENALTY ASSESSMENT | 10.00 | 0.00 | CT 5461002666 | 1 | PR | 10.00 | 02/26/2008 |

Division Payment Total        10.00

Grand Total        10.00

$10.00 ___ SPECIAL ASSESSMENT on 2/26/08
PAID IN FULL

Page 1 of 1

E-FILING