1    BARRY J. PORTMAN
     Federal Public Defender
2    LARA S. VINNARD
     Assistant Federal Public Defender
3    160 West Santa Clara Street, Suite 575
     San Jose, CA  95113
4    Telephone:  (408) 291-7753

5    Counsel for Defendant TUIAKI

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                             SAN JOSE DIVISION

11
     UNITED STATES OF AMERICA,          )    No. CR 07-00398 HRL
12                                       )
                        Plaintiff,       )    **STIPULATION TO MODIFY FORM 12**
13                                       )    **TO ALLEGE VIOLATION OF**
     v.                                  )    **STANDARD CONDITION 7**
14                                       )
     TANGIVALE TUIAKI,                   )
15                                       )
                        Defendant.       )
16   _____)

17          In this matter, the Probation Office filed a Form 12 on March 14, 2008.  The Form 12

18   alleged three violations of the defendant's probation.

19          On May 12, 2008, in open court, the parties and the Probation Office proposed an oral

20   modification to Charge One in the Form 12, after which defendant Tangivale Tuiaki admitted to

21   that modified charge.  Specifically, Charge One was modified to allege that Ms. Tuiaki violated

22   Standard Condition Number 7 of her terms of probation, which requires the defendant to refrain

23   from drinking alcohol to excess.  Ms. Tuiaki admitted that on or about March 5, 2008, she drank

24   alcohol to excess.  The remaining allegations in the Form 12 were dismissed.

25   ///

26   ///

STIPULATION TO MODIFY FORM 12
No. CR 07-00398 HRL                    1

1           This stipulation memorializes the parties' and the Probation Office's oral agreement to

2    modify Charge One as outlined above.

3    Dated: 5/14/08                                       _____/s/_____

                                                         LARA S. VINNARD

4                                                             Assistant Federal Public Defender

5

6    Dated: 5/14/08                                       _____/s/_____

                                                          SUSAN KNIGHT

7                                                              Assistant United States Attorney

8    Dated:  5/14/08                                    _____/s/_____

                                                          JANIE ZHUANG

9                                                              U.S. Probation

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26